

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| CONNIE RAY PALMER, | § | No. 08-20-00222-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | of Pecos County, Texas |
| | § | (TC# P-12345-112-CV) |
| Appellee. | § | |

**O R D E R**

Because this is a civil suit and Appellant has not shown he is entitled to appointment of counsel, his request for appointment of counsel is denied. However, the Court will provide the Appellant with a copy of the clerk's record for his records.

IT IS SO ORDERED this 19th day of May, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.